Nathan Brown (SBN: 033482)
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristina Hoard, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>LoanDepot.com, LLC, a Delaware company,<br><br>   *Defendant.* | Case No. CV-21-1483-PHX-JJT<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff Kristina Hoard gives notice that the parties have reached a settlement in principal. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days. The parties request that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, thirty days from the present date for filing a dismissal of the action.

DATED this 7th day of December, 2021.

By: */s/ Nathan Brown*
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203

Scottsdale, AZ 85260
Telephone: (602) 529-3474

*Attorney for Plaintiff and the putative Class*