Nathan Brown (SBN: 033482)
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristina Hoard, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LoanDepot.com, LLC, a Delaware company,<br><br>*Defendant.* | Case No. CV-21-1483-PHX-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Kristina Hoard gives notice of the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of December, 2021.

By: */s/ Nathan Brown*
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

*Attorney for Plaintiff and the putative Class*