# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristina Hoard,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Loandepot.com LLC,<br><br>　　　　　Defendant. | No. CV-21-01483-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Notice of Voluntary Dismissal (Doc. 19), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 19). The above-entitled matter is hereby dismissed with prejudice as to the named Plaintiff and without prejudice as to any other member of the putative class's right to bring claims, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 3rd day of January, 2022.

_____
Honorable John J. Tuchi
United States District Judge